**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANDRE D. McDANIEL                                                    PLAINTIFF
ADC #111275

v.                                        NO. 4:11CV00219 JLH

JAMES L. WILLIAMS, *et al.*                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE